# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 29 2011 ★

LONG ISLAND OFFICE

United States of America
v.
DONOVAN SHOUDER

Case No: CR-07-█287-04 9ADS)
USM No: 71970-█53
Gary Schoer, Esq. (CJA)
Defendant's Attorney

Date of Original Judgment: October 29, 2008
Date of Previous Amended Judgment: _____
(Use Date of Last Amended Judgment if Any)

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___87___ months **is reduced to** ___71 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment   October 29,   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: December 23, 2011

[S] Judge Arthur D. Spatt,
U.S. District Court Judge
*Judge's signature*

Effective Date: December 29, 2011
*(if different from order date)*

HONORABLE, ARTHUR D. SPATT, U.S.D.J.
*Printed name and title*